01
02
03
04
05
06
07
08
09
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )    Case No. MJ09-295
     v.                        )
                               )
CESAR CANTARERO-ARTEAGA,       )    DETENTION ORDER
                               )
          Defendant.           )
_____ )

14  <u>Offense charged</u>:

15      Possession with Intent to Distribute Cocaine and Methamphetamine, in violation
        of 21 U.S.C. §§ 841 and 846

16  <u>Date of Detention Hearing</u>:    June 12, 2009

17      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  the following:

20          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21      (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant

22  is a flight risk and a danger to the community based on the nature of the pending charges.

23  Application of the presumption is appropriate in this case.

24      (2)    An immigration detainer has been placed on defendant by the United States

25  Immigration and Customs Enforcement.

26

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                             Rev. 1/91
PAGE 1

01    (3)    Defendant has stipulated to detention, but reserves the right to contest his

02 continued detention if there is a change in circumstances.

03    (4)    There are no conditions or combination of conditions other than detention that

04 will reasonably assure the appearance of defendant as required or ensure the safety of the

05 community.

06    IT IS THEREFORE ORDERED:

07    (1)    Defendant shall be detained pending trial and committed to the custody of the

08 Attorney General for confinement in a correctional facility separate, to the extent practicable,

09 from persons awaiting or serving sentences or being held in custody pending appeal;

10    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

11 counsel;

12    (3)    On order of a court of the United States or on request of an attorney for the

13 government, the person in charge of the corrections facility in which defendant is confined shall

14 deliver the defendant to a United States Marshal for the purpose of an appearance in connection

15 with a court proceeding; and

16    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

17 counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

18 Officer.

19    DATED this 12th day of June, 2009.

20

21    _James P. Donohue_

22    JAMES P. DONOHUE
    United States Magistrate Judge

23

24

25

26

DETENTION ORDER                                          15.13
18 U.S.C. § 3142(i)                                      Rev. 1/91
PAGE 2